UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GODOY, | 1:17-cv-00809-DAD-GSA-PC |
| Plaintiff, | **AMENDED FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER[1]** |
| vs. | |
| SACRAMENTO COUNTY SHERIFF'S OFFICE, et al., | **(ECF No. 14.)** |
| Defendants. | **OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

Frank Godoy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2017, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) On June 27, 2018, the court dismissed the Complaint for failure to state a claim, with leave to amend. (ECF No. 13.) On July 13, 2018, Plaintiff filed the First Amended Complaint. (ECF No. 14.)

---

[1] The findings and recommendations were amended to reflect that this case should be dismissed based on Plaintiff's failure to comply with a court order, not on Plaintiff's failure to state a claim. When a district court dismisses an action because the plaintiff has not filed an amended complaint after being given leave to do so and has not notified the court of his intention not to file an amended complaint, a federal court may deem the dismissal to be for failure to comply with a court order. Fed. R. Civ. P. 41(b). Harris v. Mangum, 863 F.3d 1133 (9th Cir. 2017)

On April 30, 2019, the court dismissed the First Amended Complaint, with leave to file a Second Amended Complaint within thirty days. (ECF No. 17.) The thirty-day deadline has now expired and Plaintiff has not filed a Second Amended Complaint or otherwise responded to the court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. The court should dismiss this case based on Plaintiff's failure to comply with the court's order.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, based on Plaintiff's failure to comply with the court's order; and
2. The clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **August 9, 2019**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE