| | |
|---|---|
| FRANK GODOY,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | No. 1:17-cv-00809-DAD-GSA (PC)<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. No. 20) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Frank Godoy is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2019, the assigned magistrate judge issued amended findings and recommendations, recommending that this action be dismissed with prejudice due to plaintiff's failure to obey a court order.[1] (Doc. No. 20.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

/////

---

[1] Earlier findings and recommendations issued on June 25, 2019 (Doc. No. 19) were amended on August 12, 2019 to reflect that this case should be dismissed due to plaintiff's failure to comply with a court order, not due to plaintiff's failure to state a claim.

1

days after service. (*Id.* at 2.) Plaintiff has failed to file objections to the pending findings and recommendations and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed on August 12, 2019 (Doc. No. 20) are adopted in full;
2. This action is dismissed due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 31, 2019**

UNITED STATES DISTRICT JUDGE